**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24 B 13220 |
| | ) | |
| EWELINA T. SZAFLARSKA, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: TIMOTHY A. BARNES |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 9, 2025, at 9:15 a.m., I will appear before the Honorable Judge TIMOTHY A. BARNES or any judge sitting in the judge's place, **either** in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the Trustee's Objection to Claim, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

> **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
>
> **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
>
> **Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276. The passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Respectfully Submitted,
/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24 B 13220 |
| | ) | |
| EWELINA T. SZAFLARSKA, | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: TIMOTHY A. BARNES |

**TRUSTEE'S OBJECTION TO CLAIM #7-1 FILED BY**
**US BANK NATIONAL ASSOCIATION**

COMES NOW, THOMAS H. HOOPER, Chapter 13 Trustee, and objects to the claim of the above-named creditor filed in this proceeding. The Trustee OBJECTS for the following reasons:

1. The instant case commenced on September 7, 2024.

2. Creditor filed Claim #7-1 on November 8, 2024 (See attached Exhibit A).

3. According to the Title attached to said Claim #7-1, the vehicle belongs to P&S Masonry Corp. and not to Debtor, in her individual capacity.

4. Therefore, the debtor doesn't have a legal/equitable interest in the collateral and the collateral is not property of the estate.

5. Accordingly, the Trustee prays for an order reclassifying Claim #7-1 as a general unsecured claim.

WHEREFORE, premises considered, the Trustee prays that the claim filed by US BANK NATIONAL ASSOCIATION (Claim #7-1) be reclassified as a general unsecured claim and for all other relief this Court deems just and equitable.

Dated: December 9, 2024

Respectfully Submitted,

/s/ Thomas H. Hooper
THOMAS H. HOOPER
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

## **CERTIFICATE OF SERVICE**

I, <u>Besira Nikolla</u>, a non-attorney, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. Mail or by the methods indicated on December 9, 2024.

| | |
|---|---|
| Corbin Law Firm LLC<br>636 S. River Rd., Ste. 201<br>Des Plaines, IL 60016 | *via CM/ECF* |
| Ewelina T. Szaflarska<br>3525 Hawthorne St.<br>Franklin Park, IL 60131 | *via First-Class Mail* |
| US Bank National Association<br>Bankruptcy Dept.<br>Attn: Officer/Managing Agent<br>2800 Tamarack Rd.<br>Owensboro, KY 42301 | *via First-Class Mail* |
| Natalie E. Lea<br>Authorized Agent for Creditor<br>Bonial & Assoc., PC<br>PO Box 9013<br>Addison, TX 75001 | *via First-Class Mail* |
| US Bank National Association<br>Attn: Andrew Cecere (CEO)<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | *via Certified Mail* |

<u>/s/ Besira Nikolla</u>
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900